■ In the Matter of ERNEST RIVERS, v. NEW YORK STATE DEPARTMENT OF CORRECTION et al.— Application herein, motion and cross motion transferred

to the Appellate Division, Second Department, for further proceedings (*Matter of Lemelle* v. *State Div. of Human Rights*, 37 A D 2d 764). Concur — Stevens, P. J., McGivern, Steuer, Tilzer and Capozzoli, JJ.